UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAVID LYNN PIKE )
)
)
v. ) NO. 3:07-1051
)
SOUTHERN MEDICAL PARTNERS, et al. )

ORDER

Pending before the Court is a Report and Recommendation issued by the Magistrate Judge (Docket No. 10). In his Report, the Magistrate Judge recommends that the Complaint in this case be dismissed without prejudice because of the Plaintiff's failure to follow orders of the Court and his failure to prosecute this action.

The Plaintiff has failed to complete and return the service packets as ordered by the Magistrate Judge, has failed to respond to an order to show cause issued by the Magistrate Judge, and has failed to keep the Clerk's Office informed of his current address as required by the Magistrate Judge (Docket Nos. 3, 6). The record indicates that the Plaintiff has not filed any documents with the Court since suit was filed on October 24, 2007, and that mailings to the Plaintiff have been returned marked "not here." (Docket Nos. 8, 9).

The Court has independently reviewed the Magistrate Judge's findings and conclusions and the entire record. The Plaintiff has been warned that failure to comply could result in dismissal of his case, and no less drastic action is appropriate. Fed. R. Civ. P. 41(b); Salt Lick Bancorp v. F.D.I.C. 187 Fed.Appx. 428, 446, 2006 WL 1524623 (6th Cir. May 30, 2006). The

Report and Recommendation is ADOPTED and APPROVED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE